```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                    PANAMA CITY DIVISION
```

IN RE:                                CASE NO. 08-50186-PCY5
                                      CHAPTER 13
DAN N. SOBER
CHERYL Y. SOBER

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386904 in the amount of 287.41 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| DAN N. SOBER | CITIFINANCIAL |
| CHERYL Y. SOBER | PO BOX 499 |
| 827 THIRD STREET | HANOVER, MD 21076 |
| CHIPLEY, FL 32428 | |

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

2/26/2010  1:59 pm / CR_213