**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                         CASE NO. 08-50186-PCY5
                                               CHAPTER 13
DAN N. SOBER
CHERYL Y. SOBER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 398015 in the amount of 87.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
DAN N. SOBER                 CITIFINANCIAL
CHERYL Y. SOBER              PO BOX 499
827 THIRD STREET             HANOVER, MD 21076
CHIPLEY,  FL  32428

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart or
                         /s/William J. Miller, Jr.
8/27/2010  1:47 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```